# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
|     **Plaintiff – Appellee** | \* |
| **v.** | \*    No. 23-4492 |
| **JOHNSON OGUNLANA** | \* |
|     **Defendant – Appellant** | \* |

\*   \*   \*   \*   \*

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Appellant, Johnson Ogunlana, by and through counsel, Julie M. Reamy, respectfully requests that this Honorable Court grant an extension of time to file his opening brief in this case. Appellant states the following in support of his unopposed motion:

1. Undersigned was appointed to represent appellant in this appeal on September 9, 2023. Undersigned did not represent appellant in the District Court.

2. Appellant's opening brief is currently due on November 13, 2023.

3. Appellant is currently incarcerated in the Bureau of Prisons.

4. Appellant recently indicated to counsel that he wishes to voluntarily dismiss his appeal.

5. Counsel requests a 30-day extension in order to further consult with appellant, confirm his intention to dismiss the appeal, and obtain written confirmation of his desire to dismiss the appeal for submission to the Court.

6. Counsel respectfully requests an extension of time to file appellant's opening brief or voluntary dismissal until December 13, 2023.

7. Assistant United States Attorney Jason Medinger, counsel for appellee, has authorized undersigned to state that the Government has no objection to this request.

WHEREFORE, appellant respectfully requests that this Court grant an extension of the time to file his opening brief or voluntary dismissal until December 13, 2023.

Respectfully submitted,

_____/s/_____
Julie M. Reamy

JULIE M. REAMY | Attorney At Law, LLC
210 Allegheny Avenue, Suite 100
Towson, Maryland 21204
Office: (410) 605-0000
Facsimile: (410) 697-4006
juliereamy@gmail.com

Counsel for appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November 2023, a copy of the foregoing was electronically served upon counsel of record for Appellee via ECF.

_____/s/_____
Julie M. Reamy